FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAR -4  PM 5:02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC. | * * * | CIVIL ACTION NO. **09-2998** |
| Plaintiff, | * * | SECTION ; MAG. |
| VERSUS | * * | JUDGE **SECT. C MAG. 3** |
| AFC ENTERPRISES, INC. | * * | MAGISTRATE JUDGE |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF RELATED ACTION

Plaintiff Diversified Foods and Seasonings, Inc. ("Diversified"), through undersigned counsel, hereby advises the Court, pursuant to Local Rule 3.1 (with full reservation of any and all defenses and objections), that this proceeding involves subject matter that either comprises part of the subject matter or operative facts of the following proceeding: *AFC Enterprises, Inc. v. Diversified Foods and Seasonings, Inc.*, Civil Action No. 1:09-CV-0416, United States District Court, Northern District of Georgia, Atlanta Division, Honorable Judge William S. Duffey, Jr., presiding. Although the subject matter is similar, Diversified avers that it is not subject to personal jurisdiction in the State of Georgia and intends to move to dismiss and/or transfer that action to this Court.

New Orleans, Louisiana, this 4th day of March, 2009.

Respectfully submitted,

/s/ Phil Wittmann

Phillip A. Wittmann, T.A.
Dorothy H. Wimberly,
Brooke C. Tigchelaar
    Of
STONE PIGMAN WALTHER
  WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Diversified Foods and
Seasonings, Inc.

2

967982v.1