UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AFC ENTERPRISES, INC. | * CIVIL ACTION |
| | * |
| Plaintiff, | * NO. 1:09-CV-0416-WSD |
| | * |
| VERSUS | * |
| | * |
| DIVERSIFIED FOODS AND SEASONINGS, INC. | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DIVERSIFIED FOODS AND SEASONINGS, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL
<u>JURISDICTION, ALTERNATIVELY FOR CHANGE OF VENUE</u>**

Defendant Diversified Foods and Seasonings, Inc. ("Diversified") hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), for entry of an order dismissing this action on the grounds that this Court lacks personal jurisdiction over defendant and that the venue in this Court is improper. Alternatively, Diversified moves for a change of venue to the Eastern District of Louisiana pursuant to 28 U.S.C. § 1404(a) or § 1406(a).[1] The facts and authorities

---

[1] On March 4, 2009, Diversified filed a Complaint for Declaratory Judgment and Preliminary and Permanent Injunction and a Motion for Preliminary

-1-

supporting this motion are set forth in the accompanying memorandum, Exhibits, and Affidavit of Richard K. Chapman, all of which are incorporated as if fully set forth herein.

Respectfully submitted,

/s/Jack M. Williams
Jack M. Williams, GA Bar No. 762366
Womble Carlyle Sandridge & Rice, PLLC
One Atlantic Center
1201 West Peachtree Street NW, Suite 3500
Atlanta, GA 30309
Telephone:   (404) 879-2428
Fax:         (404) 870-2414


Phillip A. Wittmann, LA Bar No. 13625
Dorothy H. Wimberly, LA Bar No. 18509
Brooke C. Tigchelaar, LA Bar No. 32029
    Of
STONE PIGMAN WALTHER
    WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:   (504) 581-3200
Fax:         (504) 581-3361
Pro Hac Application Forthcoming

*Attorneys for Defendant, Diversified Foods and Seasonings, Inc.*

---

Injunction and supporting memorandum in the Eastern District of Louisiana in the proceedings entitled *Diversified Foods and Seasonings, Inc. v. AFC Enterprises, Inc.*, Civil Action No. 09-2298. For the reasons set forth in its memorandum in this proceeding, Diversified avers that this case should be transferred to the Eastern District of Louisiana.

-2-

## Jennifer Fleming

**From:** ganddb_efile_notice@gand.uscourts.gov
**Sent:** Friday, March 06, 2009 5:44 PM
**To:** CourtMail@gand.uscourts.gov
**Subject:** Activity in Case 1:09-cv-00416-WSD AFC Enterprises, Inc. v. Diversified Foods and Seasonings, Inc. Motion to Dismiss

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered by Williams, Jack on 3/6/2009 at 5:44 PM EST and filed on 3/6/2009

**Case Name:**     AFC Enterprises, Inc. v. Diversified Foods and Seasonings, Inc.
**Case Number:**   1:09-cv-416
**Filer:**         Diversified Foods and Seasonings, Inc.
**Document Number:** 8

Docket Text:
MOTION to Dismiss with Brief In Support by Diversified Foods and Seasonings, Inc.. (Attachments: # (1) Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue, # (2) Affidavit of Richard K. Chapman, # (3) Exhibit A to Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue, # (4) Exhibit B to Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue, # (5) Exhibit C to Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue, # (6) Exhibit D to Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue)(Williams, Jack)


1:09-cv-416 Notice has been electronically mailed to:

Alan G. Snipes    efile@pmkm.com, alansnipes@pmkm.com


3/9/2009

Charles Neal Pope    efile@pmkm.com

George W. Walker , III    walker@copelandfranco.com

Jack Williams    jack.williams@wcsr.com

Jay Forbes Hirsch    efile@pmkm.com, jayhirsch@pmkm.com

Richard H. Gill    gill@copelandfranco.com

**1:09-cv-416 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=3/6/2009] [FileNumber=2921926-0]
[81d8cf092bde267b3ffa0111b3f7f1c2e6b4957a28bd4c4cfbe4f8223ca13be4adba
3e4f9df66ce1fcc13a92b4ce9ee6be5e4980d9cd5d91c61b085608cce803]]
**Document description:** Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=3/6/2009] [FileNumber=2921926-1]
[6cf85f79baab1762050325ff8ca61dcd73a47b39495d2b20c1c6c92d22f63a89b5f5
b1234e4f057d5bf36e217638117ffd57523a3056a0dd5d4e0c8f25b2540f]]
**Document description:** Affidavit of Richard K. Chapman
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=3/6/2009] [FileNumber=2921926-2]
[2fa7aef14b0d83603a2c928738df63693232bb67b839c2ed3fedf7980845394d0556
a1c670210f9c05611902d9935d6df1ea9a62040e0b3ddea4c8be3793bb9c]]
**Document description:** Exhibit A to Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=3/6/2009] [FileNumber=2921926-3]
[8fab227c9ce78f352edea907852f6476095f4bcf523ce0090400529fff3e67794455
35d64a725f56e4d4aa7c1ca8fce3c9baa7b0124320ffec38ada81cafa58a]]
**Document description:** Exhibit B to Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=3/6/2009] [FileNumber=2921926-4]
[0e42e9f3bff40bb421f0e9b60473ade20f206700db9df19b70765eb68ab8b98e900e
869e3a0d67ebd6bbbc4b9d0eeac89dfe92b1f9c8b43492919eddddf260df]]
**Document description:** Exhibit C to Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue
**Original filename:** n/a
**Electronic document Stamp:**

3/9/2009

Case 2:09-cv-02998-HGB-DEK   Document 7-6   Filed 03/12/2009   Page 5 of 5

[STAMP dcecfStamp_ID=1060868753 [Date=3/6/2009] [FileNumber=2921926-5]
[089a380716ea9f41e9f10691d081e09f179c2ad02d2a2ec4e8addcd67efe2f9723e5
31f9ee1acbfa6038356029bddf828114e548db670c0b9aa96d71e3169102]]
**Document description:**Exhibit D to Diversified Foods and Seasonings, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Alternatively, for Change of Venue
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=3/6/2009] [FileNumber=2921926-6]
[3d96681ee080f56e1ffea742b973910482850b9b3e42ead22f535c9dc3f75e781edc
6bb1fc649aeaa3dc56479ed16bf2c9b924fa23c8d36e09cdb4fec512e815]]

3/9/2009