UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC. | ) ) ) | CIVIL ACTION |
| | ) | NO. 09-2998, c/w 09-3529 |
| Plaintiff, | ) ) | |
| | ) | SECTION "C", Mag. 3 |
| v. | ) ) | |
| | ) | JUDGE BERRIGAN |
| AFC ENTERPRISES, INC., | ) ) | |
| | ) | MAGISTRATE JUDGE KNOWLES |
| Defendant. | ) ) | |
| | ) | **This pleading applies to Civil Action Nos. 09-2998 and 09-3529** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant AFC Enterprises, Inc. will bring the attached Motion to Compel for hearing before the Honorable Daniel E. Knowles, III, United States District Judge, U.S. Courthouse, 500 Poydras Street, New Orleans, La. at 9:00 a.m. on Wednesday, January 6, 2010, or as soon thereafter as counsel can be heard.

In accordance with Local Rule 78.1, oral argument has not been requested and thus will not be held unless otherwise requested or ordered by the Court.

Respectfully submitted, this 19th day of November, 2009.

    s/ Alan G. Snipes
Steven W. Copley, T.A., #16869
Donna Phillips Currault, #19533
GORDON, ARATA, MCCOLLAM,
    DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111    Fax (504) 582-1121

POPE, McGLAMRY, KILPATRICK,
    MORRISON & NORWOOD, LLP
C. Neal Pope
Wade H. Tomlinson, III
Jay F. Hirsch
Alan G. Snipes
Synovus Centre, Suite 450
1111 Bay Avenue
P.O. Box 2128 (31902-2128)
Columbus, GA 31901-2412
(706) 324-0050    Fax (706) 327-1536
(Admitted *Pro Hac Vice*)

COPELAND, FRANCO, SCREWS
    & GILL, PA
Richard H. Gill
George W. Walker, III
P.O. Box 347
444 South Perry Street
Montgomery, AL 36101-0347
(334) 834-1180    Fax (334) 834-3172
(Admitted *Pro Hac Vice*)

**ATTORNEYS FOR DEFENDANT**
**AFC ENTERPRISES, INC.**

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing via e-mail and by placing signed copies in the United States mail, postage prepaid, to counsel of record on this 19th day of November, 2009.

Phillip A. Wittmann<br>
Dorothy H. Wimberly<br>
Brooke C. Tigchelaar<br>
STONE PIGMAN<br>
WALTHER WITTMANN, L.L.C.<br>
546 Carondelet Street<br>
New Orleans, Louisiana 70130-3588

                                        s/ Alan G. Snipes
                                        Alan G. Snipes