UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC. | * * | CIVIL ACTION |
| | * | NO. 09-2998, c/w 09-3529 |
| Plaintiff, | * * | SECTION "C", MAG. 3 |
| VERSUS | * * | JUDGE BERRIGAN |
| AFC ENTERPRISES, INC. | * * | MAGISTRATE JUDGE KNOWLES |
| Defendant. | * * | **THIS APPLIES TO ALL CASES** |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER ENTERING CONSENT PROTECTIVE ORDER

Considering the foregoing Joint Motion for Entry of Consent Protective Order filed by Diversified Foods and Seasonings, Inc. and AFC Enterprises, Inc.,

**IT IS ORDERED** that the Consent Protective Order, including the Exhibit "A" Certification thereto, be and they hereby are entered by the Court to protect the parties' confidential and proprietary information.

**NEW ORLEANS, LOUISIANA,** this  4th  day of December, 2009.

_____
United States Magistrate Judge

- 1 -

1000843v.1