UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 09-2998, c/w 09-3529 |
| Plaintiff, | * | |
| | * | SECTION "C", MAG. 3 |
| VERSUS | * | |
| | * | JUDGE BERRIGAN |
| AFC ENTERPRISES, INC. | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Defendant. | * | |
| | * | **This pleading applies to Civil Action No. 09-2998 and 09-3529.** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

### DIVERSIFIED FOODS AND SEASONINGS, INC.'S MOTION TO COMPEL RESPONSES TO DISCOVERY

Plaintiff, Diversified Foods and Seasonings, Inc. ("Diversified"), respectfully moves for entry of an Order compelling Defendant, AFC Enterprises, Inc.'s ("AFC") to provide full responses to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents without further delay, for the reasons set forth in the accompanying memorandum.

1001126v.1

**WHEREFORE**, Diversified moves for entry of an Order compelling AFC to respond to Diversified's First Set of Interrogatories and First Requests for Production of Documents without further delay.

Dated: December 14, 2009.

                        Respectfully submitted,

                        */s/ Phillip A. Wittmann*
                        Phillip A. Wittmann, T.A., 13625
                        Dorothy H. Wimberly, 18509
                        Brooke C. Tigchelaar, 32029
                              Of
                        STONE PIGMAN WALTHER WITTMANN L.L.C.
                        546 Carondelet Street
                        New Orleans, Louisiana  70130
                        Telephone:  (504) 581-3200

                        *Attorneys for Diversified Foods and Seasonings, Inc.*

## C E R T I F I C A T E

I hereby certify that a copy of the above has been served upon all counsel of record by electronic mail and/or U.S. mail, postage prepaid and properly addressed, this 14th day of December, 2009.

                        */s/ Phillip A. Wittmann*