# EXHIBIT "2"

## Jay Hirsch

| | |
|---|---|
| **From:** | Alan Snipes |
| **Sent:** | Tuesday, December 15, 2009 11:09 AM |
| **To:** | Jay Hirsch |
| **Subject:** | FW: AFC/Diversified: Letters from Alan G. Snipes |
| **Attachments:** | SCAN4177_000.pdf; SCAN4178_000.pdf |

**From:** Jennifer Fleming
**Sent:** Monday, December 14, 2009 2:53 PM
**To:** pwittmann@stonepigman.com
**Cc:** SCopley@gordonarata.com; Alan Snipes
**Subject:** AFC/Diversified: Letters from Alan G. Snipes

Please see the attached letters from Alan G. Snipes.

Thank you,
Jennifer Fleming

12/15/2009

## POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

C. NEAL POPE, P.C.[1]
PAUL KILPATRICK, JR.[1]
R. TIMOTHY MORRISON[2]
MICHAEL L. McGLAMRY
EARLE F. LASSETER[2]
JAY F. HIRSCH[3]
WADE H. TOMLINSON
ALAN G. SNIPES
N. KIRKLAND POPE[4]
DAVID C. RAYFIELD[4]
AMELIA A. GODFREY[5]

THE PINNACLE
3455 PEACHTREE ROAD, N.E.
SUITE 925
P.O. BOX 191625 (31119-1625)
ATLANTA, GEORGIA 30326-3243
(404) 525-7706
FAX (404) 524-1648

1111 BAY AVENUE
SUITE 450
P.O. BOX 2128 (31902-2128)
COLUMBUS, GEORGIA 31901-2412
(706) 324-0050
FAX (706) 327-1536

P.O. BOX 1430
PHENIX CITY, ALABAMA 36868-1430
(334) 298-7354

OF COUNSEL:
WILLIAM USHER NORWOOD
TERESA PIKE TOMLINSON

1 ALSO LICENSED IN ALABAMA, FLORIDA & DIST. OF COLUMBIA
2 ALSO LICENSED IN ALABAMA & DIST. OF COLUMBIA
3 ALSO LICENSED IN FLORIDA
4 ALSO LICENSED IN ALABAMA
5 ALSO LICENSED IN DIST. OF COLUMBIA

REPLY TO: Columbus Office

December 14, 2009

**VIA E-MAIL & U.S. MAIL**
Phillip A. Wittmann, Esq.
STONE PIGMAN
WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588

      RE: *Diversified Foods and Seasonings, Inc. v. AFC Enterprises, Inc.*
           U.S.D.C. Eastern District of Louisiana
           Civil Action No. 09-2998, c/w 09-3529

Dear Phil:

      Thank you for your letter of December 4, 2009. I believe this response will satisfy your concerns with AFC's discovery responses without the need for formal supplemental answers. But, after consideration of the foregoing, if you feel formal supplementation is necessary, please let me know.

      To address your general assessment of AFC's discovery responses, the implication that AFC has refused to make a good faith effort to respond in full is unfounded and talk of sanctions, dismissal and default is simply not warranted or constructive. We have interviewed the appropriate AFC employees and searched their e-files and hard copy files. AFC has provided and verified currently available, substantive, responsive information and material in compliance with Rules 33, 34 and 26. Further, as your letter indicates, AFC has been over-inclusive rather than under-inclusive. Nonetheless, despite the fact that we do not think it will result in locating any relevant documents, we will consider conducting a further general electronic

POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, LLP

Phillip A. Wittmann, Esq.
December 14, 2009
Page 2

search of all of AFC's files. To do so, I am advised that we will need to query the computer system with search terms and that the process will likely be very expensive depending on the frequency the term appears. Please provide me with a list of terms and we will consider the feasibility of the search and advise you of the estimated cost and likely results so that you may determine whether you want us to proceed.

Your particular concerns are addressed in the order presented in your letter:

Interrogatory Nos. 1, 3 and 18. AFC has identified the persons responsive to these interrogatories. The fact that other names appear in AFC's documents does not render these answers improper or deficient. AFC is not required to list the name of every person noted in every document just because that name appears in the document. If we learn of other responsive persons we will promptly provide their names. Meanwhile, if you have a question about a specific name in a document, please identify him/her and I will make the appropriate inquiry and provide any responsive information to you. Also, to the extent responsive, other persons are identified in AFC's Initial Disclosures.

Interrogatory Nos. 9 and 13. AFC's answers to these interrogatories referred Diversified to the responsive information, i.e., AFC's answers to Interrogatory Nos. 2, 4, 5, 6 and 10. To be clear though, other than the incident where an alternative ingredient was temporarily used in Mexico (see Answer to No. 5), no "new and/or substitute products were used" elsewhere. (See Answers to Nos. 2 and 6).

Interrogatory Nos. 4, 5, 10, 13, 17 and 19. We do not understand why or how you believe the documents produced by AFC make the answers to these interrogatories "misleading and/or incomplete." As with any production, the documents were referenced in order to ensure the answers are as accurate and complete as possible. Please explain exactly what is misleading or incomplete, so that we can accurately address it.

Interrogatory Nos. 15 and 16. The Grocery Basket Reports and Vendor list are responsive to Interrogatory No. 15 regarding suppliers (or vendors) and the Distributor Address List (AFC 000182) is responsive to Interrogatory No. 16 regarding

POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, LLP

Phillip A. Wittmann, Esq.
December 14, 2009
Page 3

distributors. These documents are fairly self-explanatory, but if you have specific questions about them, let me know and I will address them.

Interrogatory Nos. 20 and 21. Other than the information provided in AFC's answer to Interrogatory No. 5 regarding Mexico, and the documents produced pursuant thereto, we are not presently aware of additional responsive information. To the extent additional responsive information or documents are obtained, we will provide same.

AFC000006-9. We are not sure which document you believe to be incomplete. The copy we produced matches the original provided to me. Please identify specifically what document(s) you believe to be incomplete and why. Meanwhile, I will check with AFC to determine if something was omitted. We have not purposely withheld a portion of the document.

AFC000196-404. The Grocery Basket Reports were printed without the data for the fields under the headings "Fee" and "VC#" through "Landed Cost." The word "redacted" was inadvertently omitted from those fields. We can reproduce this material with "redacted" inserted if desired. The information is not subject to a privilege log, but is not discoverable, as it does not relate to any of the parties' claims and defenses, and is otherwise subject to the objections stated in AFC's response to Interrogatory Nos. 15 and 16. If you believe this to be an issue, let me know and we will further address it.

Regarding AFC providing "a significant amount of information that was not responsive to [Diversified's] requests," if you do not want this material, please return AFC's production cd with a bates number list of the documents you do not want, and we will supply a cd without those documents. We will refrain from producing additional similar documents. Regardless of Diversified's position concerning this material, AFC intends to use these documents as evidence in this matter.

I believe I have responded to all of your concerns. If I have overlooked anything, please let me know. Meanwhile, I look forward to receiving from you explanations or clarification on the points I raised herein, and further addressing any remaining issues you may have with AFC's discovery responses.

POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, LLP

Phillip A. Wittmann, Esq.
December 14, 2009
Page 4

Sincerely,

POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, LLP

Alan G. Snipes

AGS/vl
cc:   Steven W. Copley, Esq.