UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC. | * * | CIVIL ACTION |
| | * | NO. 09-2998, c/w 09-3529 |
| Plaintiff, | * * | SECTION "C", MAG. 3 |
| VERSUS | * * | JUDGE BERRIGAN |
| AFC ENTERPRISES, INC. | * * | MAGISTRATE JUDGE KNOWLES |
| Defendant. | * * | **This pleading applies to Civil Action No. 09-2998 and 09-3529.** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO CONTINUE TRIAL

Plaintiff Diversified Foods and Seasonings, Inc. and Defendant AFC Enterprises, Inc., through their respective undersigned counsel, hereby move the Court to continue trial of this matter, currently scheduled to commence on May 10, 2010, and all current deadlines and cut-off dates, representing to the Court as follows:

1.

Movants originally selected this trial date in August 25, 2009 during a scheduling conference with the Court. At the time the trial date was selected, counsel mistakenly believed that all discovery could be completed and the matter ready for trial by the scheduled deadlines.

- 2 -

2.

However, it has become apparent to all counsel that it is not possible to complete all discovery and meet all deadlines imposed by the pre-trial order. Extensive document discovery remains and depositions have yet to commence.

3.

Movants suggest that rescheduling the trial for the fall of 2010 will provide the needed time and hereby request that the Court continue the May 10, 2010 trial date and all deadlines and cut-off dates, with a new trial date and deadlines to be selected at a telephone conference to be fixed by this Court.

4.

Movants represent that this is the first request by any party to continue the trial and further represent that the requested continuance will not unduly delay resolution of this matter. Further, undersigned counsel for movants hereby certify that their respective clients have been consulted and have agreed to a continuance.

Respectfully submitted,

| | |
|---|---|
| /s/ Alan G. Snipes | /s/ Phillip A. Wittmann |
| C. Neal Pope (GA Bar No. 583769) | Phillip A. Wittmann, T.A., 13625 |
| Jay F. Hirsch (GA Bar No. 357185) | Barry W. Ashe, 14506 |
| Alan G. Snipes (GA Bar No. 665781) | Dorothy H. Wimberly, 18509 |
| POPE, McGLAMRY, KILPATRICK, | Brooke C. Tigchelaar, 32029 |
| MORRISON & NORWOOD, LLP | STONE PIGMAN WALTHER |
| Synovus Centre, 1111 Bay Avenue, Suite 450 | WITTMANN L.L.C. |
| P.O. Box 2128 (31902-2128) | 546 Carondelet Street |
| Columbus, Georgia 31901-2412 | New Orleans, Louisiana 70130 |
| | |
| **Counsel for AFC Enterprises, Inc.** | **Counsel for Diversified Foods and Seasonings, Inc.** |

1004428v.1

- 3 -

Richard Gill, Esq.
George W. Walker, III Esq.
Copeland, Franco, Screws & Gill, PA
P.O. Box 347 (36101)
444 South Perry Street
Montgomery, AL  36101-0347

Steven W. Copley, T.A., #16869
Donna Phillips Currault, #19533
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000

**Counsel for AFC Enterprises, Inc.**

- 4 -

## **C E R T I F I C A T E**

      I hereby certify that a copy of the above and foregoing Joint Motion to Continue Trial has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of January, 2010.

                                          */s/ Dorothy H. Wimberly*

1004428v.1