UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC. | * * | CIVIL ACTION |
| | * | NO. 09-2998, c/w 09-3529 |
| Plaintiff, | * * | |
| | * | SECTION "C", MAG. 3 |
| VERSUS | * | |
| | * | JUDGE BERRIGAN |
| AFC ENTERPRISES, INC. | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Defendant. | * | |
| | * | **This pleading applies to Civil Action No. 09-2998 and 09-3529.** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Expedited Hearing on Motion for Stay filed by plaintiff, Diversified Food and Seasonings, Inc.,

**IT IS ORDERED** that the Motion for Expedited Hearing is GRANTED. Diversified's Motion for Stay of Discovery shall be heard on the Tuesday, January 26, 2010, on the briefs. Any opposition to the motion is due no later than January 22, 2010, at 4:30 p.m.

New Orleans, Louisiana, this 21st day of January 2010.

_____
JUDGE

1005228v.1