UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC. | * * | CIVIL ACTION |
| | * | NO. 09-2998, c/w 09-3529 |
| Plaintiff, | * | |
| | * | SECTION "C", MAG. 3 |
| VERSUS | * | |
| | * | JUDGE BERRIGAN |
| AFC ENTERPRISES, INC. | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Defendant. | * | |
| | * | **This pleading applies to Civil Action No. 09-2998 and 09-3529.** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### AFC ENTERPRISES, INC.'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR RULE 56(f) CONTINUANCE

COMES NOW AFC Enterprises, Inc. ("AFC"), and in accordance with Local Rule 78.1, requests oral argument on its Motion for Rule 56(f) Continuance, which motion is currently set for March 31, 2010 but for which AFC has requested expedited hearing on March 17, 2010.

This 9th day of March, 2010.

    Respectfully submitted,

    GORDON, ARATA, McCOLLAM,
        DUPLANTIS & EAGAN LLP
    201 St. Charles Ave. 40th Floor
    New Orleans, LA 70170-4000
    Phone: (504) 582-1111 Fax: (504) 582-1121

    By: s/Donna Phillips Currault___
        Steven W. Copley TA, #16869
        Donna Phillips Currault, #19533

    C. Neal Pope
    Wade H. Tomlinson III
    Jay F. Hirsch
    Alan G. Snipes
    POPE, MCGLAMRY, KILPATRICK,
    MORRISON & NORWOOD, LLP

        Synovus Centre, 1111 Bay Ave. Ste. 450
        PO Box 2128 (31901-2128)
        Columbus, GA  31901-2412
        Phone:  (706) 324-0050
        Fax:  (706) 327-1536
        (Admitted pro hac vice)

        George W. Walker III
        COPELAND, FRANCO, SCREWS
        & GILL, P.A.
        444 South Perry Street (36104)
        P.O. Box 347
        Montgomery, AL   36101-0347
        Phone:(334) 834-1180  Fax:(334) 834-3172
        (Admitted Pro Hac Vice)

**ATTORNEYS FOR AFC ENTERPRISES**

C E R T I F I C A T E

I certify that I have served a copy of the above and foregoing via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by placing signed copies in the United States mail, postage prepaid, to counsel of record not participating in the CM/ECF system on this 9th day of May, 2010.

        /s/ Donna Phillips Currault
        Donna Phillips Currault